IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANINE RUDIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   03-3079 |
| | ) | |
| LINCOLN LAND COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO DISMISS**

COMES NOW the Plaintiff, Janine Rudin, by and through her attorney, John A. Baker, and in support of her motion to dismiss states as follows:

1. That the parties have amicably settled this matter.

2. That it is the desire of both parties that this matter be dismissed and that this Court retain jurisdiction for the limited purpose of enforcing the terms of settlement in this matter. *See Kokkonen v. Guardian Life Insurance Company*, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994).

3. The undersigned has spoken with counsel for the defendant who is in agreement with this motion.

WHEREFORE, the plaintiff, Janine Rudin, respectfully requests that this matter be dismissed with each party to bear its costs and with the Court retaining jurisdiction for the limited purpose of enforcing settlement.

        Janine Rudin

        By: /s John A. Baker
         Her Attorney
        John A. Baker
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: *johnbakerlaw@sbcglobal.net*

### CERTIFICATE OF SERVICE

 I hereby certify that this document was filed with the Clerk using the District's ECF system.  A copy will be delivered via electronic delivery to:

  Lorilea Buerkett
  Brown, Hay & Stephens
  205 South 5th, Suite 700
  Springfield, Illinois 62701

No copies were delivered via U.S. mail.

        /s John A. Baker
        John A. Baker
        Baker, Baker & Krajewski, LLC
        415 South Seventh Sreet
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: *johnbakerlaw@sbcglobal.net*